AO 93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>Information Associated with Particular Cellular Towers. | Case No. 26-4024 MB |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of New Jersey, the Southern District of Florida, and the Eastern District of Virginia, there is now concealed:

**See Attachment A.**

**This court has authority to issue this warrant under 18 U.S.C. §§ 2703(c)(1)(A) and 2711(3)(A).**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**See Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before   February 6, 2026   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on duty in the District of Arizona.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date: _____

*Camille D. Bibles*
Digitally signed by Camille D. Bibles
Date: 2026.01.23 11:46:46 -07'00'

*Judge's signature*

City and state: <u>Flagstaff, Arizona</u>      <u>Honorable Camille D. Bibles, U.S. Magistrate Judge</u>
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>26-4024 | Date and time warrant executed:<br>1/23/26 @ 2:33 P.M. | Copy of warrant and inventory left with:<br>N/A |

Inventory made in the presence of :
N/A

Inventory of the property taken and name of any person(s) seized:

On January 25, 2026, SA Mulhollen received the requested reutn information from AT&T. The information was downloaded and will be maintained with the case file.

On January 26, 2026, SA Mulhollen received the requested reutn information from T-Mobile. The information was downloaded and will be maintained with the case file.

On January 27, 2026, SA Mulhollen received the requested reutn information from T-Mobile. The information was downloaded and will be maintained with the case file.

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/6/25

*Executing officer's signature*

Jenifer J. Mulhollen, FBI, Special Agent
*Printed name and title*